141 So. 262

## SCOTT v. STATE.

### 8 Div. 399.

Supreme Court of Alabama.

April 14, 1932.

Henry D. Jones, of Russellville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Harvey Scott for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Scott v. State, 141 So. 260.

The petition not being accompanied by brief as required by rule 44, Supreme Court Practice, 4 Code 1923, p. 894, the writ is denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.